JEANNETTE CROW, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Crow* v. *Metropolitan Street Ry. Co.*, 70 App. Div. 202, affirmed.
(Argued March 24, 1903; decided April 9, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 31, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Bayard H. Ames* and *Henry A. Robinson* for appellant.

*Lyman A. Spalding* and *Edward C. Manners* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: GRAY, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANCOIS GUICHANÉ, Appellant.

*People* v. *Guichané*, 80 App. Div. 627, affirmed.
(Argued March 24, 1903; decided April 9, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made February 20, 1903, affirming a judgment of the Court of Special Sessions of the city of New York convicting the defendant of a misdemeanor.

*John D. Lindsay* and *De Lancey Nicoll* for appellant.

*William Travers Jerome, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.